E FILED ON 05/24/2016
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd., Suite 3
Las Vegas, NV 89146
(702) 794-0373
Attorney for Debtor
Nevada State Bar no. 3048

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
* * * * * *

| In re: | ) | BANKRUPTCY NUMBER: |
| --- | --- | --- |
|  | ) | BK-S-16-10769-BTB |
| LEONARD A. MANCUSO, II. | ) | Chapter 13 |
|  | ) |  |
| Debtor. | ) | DATE:  June 7, 2016 |
|  | ) | TIME:  10:00 a.m. |

**OPPOSITION TO MOTION FOR RELIEF FROM STAY**

Comes now, Debtor above-named, by and through his attorney THOMAS E. CROWE, ESQ., and oppose the motion FOR RELIEF FROM STAY filed by Space Coast Credit Union, based upon the points and authorities attached hereto.

DATED this 24th day of May, 2016.

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By  /s/ THOMAS E. CROWE
THOMAS E. CROWE, ESQ.
2830 S. Jones Blvd., Suite 3
Las Vegas, Nevada 8946
Attorney for Debtor

/ / /

/ / /

/ / /

## POINTS AND AUTHORITIES

The aforementioned Debtor filed for relief under Chapter 13 of Title 11 of the Bankruptcy Code on or about February 22, 2016. The Debtor herein opposes the Motion For Relief From Automatic Stay filed herein by Space Coast Credit Union, by and through its attorney, Gary L. Compton, Esq., based upon the following points.

Debtor agrees that the automobile has no equity. The second prong of Code §362(2) is, however, not met since Debtor has a reasonable prospect of confirming the Plan. Debtor is an above-median Debtor and secured debts may be paid in preference to unsecured creditors under Code §§1325(b)(3) and 707(b)(2). Moreover, no "cause" has been shown under Code §362(d)(1) since the insured amount is equal to Debtor's valuation of the vehicle (which is in part based upon a multitude of required repairs). See appraisal as **Exhibit 1**.

DATED this 24th day of May, 2016.

Respectfully Submitted:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By /s/ THOMAS E. CROWE
THOMAS E. CROWE, ESQ.
2830 S. Jones Blvd., Suite 3
Las Vegas, Nevada 89146
Attorney for Debtor

Exhibit 1

# CarMax APPRAISAL OFFER

**Name:** LEO MANCUSO
**Address:** 7850 SUMMER SOLSTICE ST
LAS VEGAS NV 89131
**Vehicle:** 2005 MAYBACH SERIES 57 N/A
**Mileage:** 59,369  **Engine:** N/A
**VIN:** WDBVF78JX5A001456
**Color:** BLACK

**Contact:**
BILL TOOMBS

7244 - WEST SAHARA, NV

**Date:**
10/26/2015

## FEATURES CONSIDERED

| | |
|---|---|
| POWER LOCKS | POWER WINDOWS |
| SUNROOF(S) | AM/FM STEREO |
| CD AUDIO | BOSE SOUND SYSTEM |
| ALPINE SOUND SYSTEM | AIR CONDITIONING |
| REAR DEFROSTER | ABS BRAKES |
| FULL LEATHER INTERIOR | POWER SEAT(S) |
| MEMORY SEAT(S) | FRONT SEAT HEATERS |
| REAR SEAT HEATERS | POWER MIRRORS |
| NAVIGATION SYSTEM | DVD VIDEO SYSTEM |
| ALLOY WHEELS | 20 INCH PLUS WHEELS |
| AUTOMATIC TRANSMISSION | |

TRACTION CONTROL, A/C SEAT(S), SIDE AIRBAGS, OVERHEAD AIRBAGS, POWER HATCH/DECK LID, REAR SUNSHADE, REAR A/C SEAT(S), SMART KEY

## CONDITIONS ASSESSED  284102

| | | | |
|---|---|---|---|
| Engine: | Runs Improperly | Roof: | Needs Paintwork |
| Dash: | Warning Lights | Front Seats: | Good Condition |
| Rear Seats: | Good Condition | Carpet: | Good Condition |
| Transmission: | Good Condition | Front Tires: | Good Condition |
| Rear Tires: | Good Condition | Wheels: | Good Condition |

## APPRAISAL OFFER  $26,000

This offer is valid until the close of business on 11/02/15.

### If you purchase a CarMax vehicle while selling us your vehicle, you could be eligible for tax savings up to $2,106.00

**This offer is good for 7 days** and will be honored at all CarMax stores.
After 7 days, your vehicle will need to be reappraised and the **offer may change.**

**Comments**
PLEASE ASK FOR A CERTIFIED APPRAISER IF THERE ARE ANY QUESTIONS.
THANKS FOR HAVING YOUR VEHICLE APPRAISED

**Your Appraiser**
DANIEL M.
- CarMax Certified Appraiser

We've appraised more than 19 million vehicles. Your appraiser can provide a detailed explanation of how we determined your offer – just ask!

---

# SELL US YOUR CAR

## AND WALK AWAY WITH PAYMENT IN HAND

When you sell to CarMax, you can avoid the hassles of selling your car yourself: • depreciation • additional car payments • costly advertising • the uncertainties of an unknown buyer (inspections, negotiations, and payment).

**We don't play games; we'll buy your car even if you don't buy ours!®**

## TO SELL US YOUR VEHICLE

Title (if it is not with a lienholder)
Valid registration
Valid state-issued photo ID for all titleholders
All keys and remotes (if applicable)

## CERTIFICATE OF MAILING OF RE: OPPOSITION TO MOTION FOR RELIEF FROM STAY

I, DONOVAN BOSQUE, hereby certify that a copy of the OPPOSITION TO MOTION FOR RELIEF FROM STAY filed herein, in the above-entitled case, was mailed by me on the 24th day of May, 2016 by depositing copies thereof in a sealed envelope, first-class postage prepaid, in the United States Mail, to the parties and addresses as follows:

Gary L. Compton, Esq.  
2950 E. Flamingo Road., Suite L.  
Las Vegas, NV  89121

Rick A. Yarnall  
Chapter 13 Trustee  
701 Bridger Ave., #820  
Las Vegas, NV  89101

DATED this 24th day of May, 2016.

/s/ DONOVAN BOSQUE  
DONOVAN BOSQUE, an employee of  
THOMAS E. CROWE PROFESSIONAL