

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 23, 2016

Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
3900 Paradise Rd, Suite U
Las Vegas, NV 89169-0903
Telephone:    (702) 720-3370
Facsimile:    (702) 720-3371

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. 16-10769-BTB |
|---|---|
| LEONARD A. MANCUSO, II | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE** |
| | Judge: Honorable Bruce T. Beesley |

The Court having reviewed and considered the Stipulation To Extend Deadline to Object to the Debtor's Discharge (the "Stipulation") filed by the parties thereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**; and

**IT IS FURTHER ORDERED** that the Chapter 7 Trustee, the United States Trustee, and all parties in interest shall have through and including **September 23, 2016**, to file any complaint objecting to the discharge and/or dischargeability of the Debtor pursuant to Sections 727 and/or

523 of the Bankruptcy Code. The United States Trustee shall also have through and including **September 23, 2016** to file any motion to dismiss for abuse under 11 U.S.C. § 707(b) of the Bankruptcy Code;

  **IT IS FURTHER ORDERED** that the Stipulation is without prejudice to any of the parties requesting a further extension of time from the Court for cause shown.

  **IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

_/s/ Victoria L. Nelson_
Victoria L. Nelson
3900 Paradise Rd, Suite U
Las Vegas, NV 89169-0903
*Chapter 7 Trustee*

                 ###

- 2 -